IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KAVIN BEGAY,

    Petitioner,

v.                                                                                                        No. 15-cv-0690 KG/SMV

PHILLIP GREER and
HECTOR BALDERAS,

    Respondents.

## ORDER TO CURE DEFICIENCY

    Petitioner submitted a petition under 28 U.S.C. § 2254 for writ of habeas corpus on August 6, 2015. [Doc. 1]. The Court determines that Petitioner's filing is deficient; specifically, Petitioner has not paid the $5.00 filing fee or otherwise filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Within 30 days, Petitioner shall either pay the $5.00 filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs. Failure to timely cure the deficiency may result in dismissal of this proceeding without further notice. Petitioner must include the civil action number (**15-cv-0690 KG/SMV**) of this case on all papers that he files in this proceeding.

    **IT IS THEREFORE ORDERED** that Petitioner cure the deficiency designated above within **30 days** from entry of this Order. The Clerk is directed to mail to Petitioner, together with a copy of this Order, an Application to Proceed in District Court Without Prepaying Fees or Costs.

    **IT IS SO ORDERED**.

                                                                                    **STEPHAN M. VIDMAR**
                                                                                    **United States Magistrate Judge**