IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KAVIN BEGAY,

    Petitioner,

v.                                          No. CV 15-0690 KG/SMV

PHILLIP GREER
HECTOR BALDERAS,

    Respondents.

ORDER OF DISMISSAL

This matter is before the Court *sua sponte*. Petitioner has not responded to a prior order (Doc. 3) that required him to cure certain filing deficiencies. Because Petitioner has failed to comply with statutory filing requirements and a Court order, or show cause why compliance should be excused, *see Baker v. Suthers*, 9 F. App'x 947, 949 (10th Cir. 2001), the Court will dismiss the petition.

IT IS THEREFORE ORDERED that Petitioner's Petition for Writ of Habeas Corpus is DISMISSED without prejudice, and this proceeding is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE